UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARDEN CITY BOXING CLUB, INC.,

        Plaintiff,

   v.

SALVADOR PEREZ,

        Defendant.

NO. CIV. S-04-1860 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE: SANCTIONS</u>

----oo0oo----

        Plaintiff filed this action on September 7, 2004. On October 26, 2004, plaintiff filed a return of service executed as to the only defendant. On June 22, 2005, the court issued a minute order directing plaintiff's counsel to file a Joint Status Report no later than July 18, 2005. As of August 18, 2005 no report has been filed.

        Accordingly, the court makes the following orders:

        1. Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file a joint status report and to show cause why plaintiff's case

should not be dismissed for failure to prosecute.

    2.   Plaintiff's counsel shall file a response to the order to show cause on or before August 30, 2005.

    3.   A hearing on this order to show cause is set for Friday, September 9, 2005 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: August 18, 2005.

                          /s/ Frank C. Damrell Jr.
                          FRANK C. DAMRELL, Jr.
                          UNITED STATES DISTRICT JUDGE