Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071

Tel:  213-229-9292
Fax:  213-229-9295

ATTORNEYS FOR PLAINTIFF
Garden City Boxing Club, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | Case No. 2:04-cv-1860 FCD GGH |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| SALVADOR PEREZ, individually and dba CLUB MEXICO LINDO. | |
| Defendant. | |

   **NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses **with prejudice** the following Defendant: **Salvador Perez, individually and d/b/a Club Mexico Lindo**, and the above entitled action in this entirety.

///
///
///
///
///
///
///

This Dismissal is made pursuant to FRCP 41 (a).

Dated: August 18, 2005                                    */s/ Thomas P. Riley*
                                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                By:  Thomas P. Riley
                                                Attorneys for Plaintiff
                                                Garden City Boxing Club, Inc.

ORDER

In light of the dismissal of this action, the Order to Show Cause set for hearing on

September 9, 2005 is VACATED and the Order is DISCHARGED.   The Clerk is instructed to close

the file.

**IT IS SO ORDERED**

/s/ Frank C. Damrell Jr.                               Dated:  August 18, 2005
**HONORABLE FRANK C. DAMRELL, JR.**
United States District Court Judge
Eastern District of California
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 18, 2005, I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Salvador Perez     (Defendant)
23701 Road 15 3/4
Chowchilla, CA 93610

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 18, 2005, at Los Angeles, California.

Dated:  August 18, 2005                    _____/s/ Inesa Mamijanyan_____
                                        **INESA MAMIDJANYAN**

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:05-cv-1860 FCD GGH
Page 3